UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| NATIONAL LABOR RELATIONS BOARD, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 4:06MC580 CDP |
| CLAYTON CAPITAL PARTNERS, INC., | ) ) ) ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER OF DISMISSAL**

On November 20, 2006, the Court postponed a show cause hearing on plaintiff's pending motion to enforce a subpoena duces tecum because the defendant agreed to produce the documents on December 4, 2006. Plaintiff asked the Court to postpone the hearing until defendant complied with the subpoena. Presumably defendant complied with the subpoena because the Court has heard nothing further from the parties on this matter.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' motion for order enforcing subpoena duces tecum [#1] is denied, and this case is dismissed.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 22nd day of October, 2007.